344 A.2d 277
**Margaret A. McCONNELL, Petitioner,**

**v.**

**E. Edward SCHMIDT.**
**No. 833 Allocatur Docket.**

Supreme Court of Pennsylvania.

Decided Sept. 4, 1975.

R. Stanton Wettick, Jr., Pittsburgh, for petitioner.

John V. Adams, Jr., Adams & Hillen, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The petition for allowance of appeal is granted. The order of the Superior Court is vacated, and the appeal is quashed as having been brought from an interlocutory order.